**Order entered October 17, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00469-CV

### RONNA HODGES, Appellant

### V.

### JOHN CURTIS HODGES, ET AL, Appellees

**On Appeal from the County Court at Law No. 2
Hunt County, Texas
Trial Court Cause No. CC1700152**

## ORDER

Before the Court is appellant's October 16, 2018 second motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 14, 2018. We caution appellant that further extension requests will be disfavored.

/s/    DAVID EVANS
        JUSTICE